1  Daniel A. Lev (CA Bar No. 129622)
     daniel.lev@gmlaw.com
2  Mark S. Horoupian (CA Bar No. 175373)
     mark.horoupian@gmlaw.com
3  Shantal Malmed (CA Bar No. 351496)
     shantal.malmed@gmlaw.com
4  **GREENSPOON MARDER LLP**
   1875 Century Park East, Suite 1900
5  Los Angeles, California 90067
   Telephone: 213.626.2311
6  Facsimile: 954.771.9264

FILED & ENTERED

MAY 19 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

7  Attorneys for Howard M. Ehrenberg, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BEVERLY COMMUNITY HOSPITAL ASSOCIATION, dba BEVERLY HOSPITAL, a nonprofit public benefit corporation[1],<br><br>       Debtor.<br><br>☒ Affects all Debtors<br><br>☐ Affects Beverly Community Hospital Association<br><br>☐ Affects Montebello Community Health Services, Inc.<br><br>       Debtor.<br><br>HOWARD M. EHRENBERG, solely in his capacity as chapter 11 trustee,<br><br>       Plaintiffs,<br><br>vs.<br><br>BIOMERIEUX, INC.,<br><br>       Defendant. | Case No. 2:23-bk-12359-VZ<br><br>Chapter 11<br>Jointly administered with:<br><br>Case No. 2:23-bk-12360-VZ<br><br>Adv. No. 2:25-ap-01097-VZ<br><br>**ORDER APPROVING STIPULATION TO CONTINUE COMPLAINT RESPONSE DEADLINE**<br><br>Status Conference<br><br>Date:    July 24, 2025<br>Time:   11:00 a.m.<br>Place:   Courtroom 1368<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Beverly Community Hospital Association d/b/a Beverly Hospital (6005), and Montebello Community Health Services, Inc. (3550).

The Court, having reviewed and considered the *Stipulation to Extend Time to Respond to Complaint* ("Stipulation") [AP Docket no. 6, entered into by and between, Plaintiff Howard M. Ehrenberg, the Chapter 11 trustee ("Plaintiff") for the bankruptcy estate of the debtor Beverly Community Hospital Association, on the on hand, and defendant BioMerieux, Inc. ("Defendant"), on the other hand, through their respective counsel, and having determined that notice is proper, and for good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved; and

2. Defendant's deadline to respond to Plaintiff's Complaint, as defined in the Stipulation, is hereby extended from May 16, 2025, to and including June 15, 2025.

###

Date: May 19, 2025

_____
Vincent P. Zurzolo
United States Bankruptcy Judge